

DENVER DISTRICT COURT
DENVER, COLORADO
COPY-F

21 DEC 20 AM 8:18

☑ **FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

District Court _Denver_ County, Colorado
Court Address:

Plaintiff(s): Kate Drakewych
v.
Defendant(s): Denver Public Schools

▲ COURT USE ONLY ▲

Attorney or Party Without Attorney (Name and Address):
PO Box 140114
Lakewood, CO 80214
Phone Number: _____ E-mail:
FAX Number: 720-232-7281 Atty. Reg. #:

Case Number: 21CV571

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

   ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

   ☐ This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

   By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

**Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☒ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking    this box is optional.)

Date: 12/20/21

_____
Signature of Party or Attorney for Party

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

District Court: Denver County
Court Address:

21 DEC 20 AM 8:18

Plaintiff(s): Kate Drakewyck

v.

Defendant(s): Denver Public Schools

COURT USE ONLY

Attorney or Party Without Attorney (Name and Address):
PO Box 140114
Lakewood, CO 80214

Phone Number: 720-232-7281
E-mail:
FAX Number:
Atty. Reg. #:

Case Number:
Division:
Courtroom:

**COMPLAINT OF SEXUAL DISCRIMINATION AGAINST THE PLAINTIFF LEADING TO RETALIALIATION AGAINST HER AND IN HER WRONGFUL TERMINATION plus PUTTING PLAINTIFF IN FURTHUR DANGER FROM THE BULLY**

1. Denver Public School, defendant(s), is/are business resident(s) of Denver County, with a post office address of 1860 Lincoln St Street, City Denver, State of CO, 80203.

2. The amount claimed herein does not exceed the jurisdiction of the court.

   OR

3. The amount claimed from ___, defendant(s), is/are four hunderd and twenty-six thousand and seventy-two dollars and six cents ($426,072.06), together with proper interest, costs and any other items allocable by statute or specific agreement.

   I want the terminations of the three people who bullied me, my rehirability to be intact, the dismissal removed from my record, and a record of the last three trainings to be provided to me.

   Because they continue to make things harder, to the point where my ability to teach could be impacted, plus the many people that have aided and abetted this behavior, I'm now asking for emotional damages as well.

4. Such claim arises from the following event(s) or transactions:

   DPS frequently sends out emails saying how they have a no tolerance policy for bullying and yet they not only tolerated me being bullied, more than one HR representative supported her behavior and were willing to lie about my behavior to justify that, which was also overlooked. In addition to that, they made it sound like I had issued threats against Heather Abreu, which I had not, but ther termination would need to be reported when renew my teaching license and them listing those threat could impact my renewal.

   In March/April of 2021, I requested an informal hearing by the district and went through those processes, and even though there were a large number of discrepancies, they still upheld the ruling. At that time and in filing OCR and EEOC claims, all I asked for was Abreu Nelson and Evans be terminated per DPS's own expectations/policy and the termination removed from my record. While, according to my termination letter, I'm still rehirable within the district, if those three are still employed when I was offered a role, the discrimination and harassment would continue. I have since asked that I be provided a

copy of the trainings that I took during the 2020-2021 school year and while I've been provided a record of some of those, three of those trainings are still missing. PD, especially that which is focused on ECE, is uploaded to PDIS and impacts my rating through them and hire ability in future roles. I still want the terminations, my rehirability to be intact, the dismissal removed from my record, and a record of the last three trainings to be provided to me.

Because they continue to make things harder, to the point where my ability to teach is impacted, plus the many people that have aided and abetted this behavior, I'm now asking for emotional damages as well.

I reached out to superintendents Susana Cordova, interm Dwight Jones, and Alex Marrero for assistance with the situation. I also emailed the school board in April 2020 and March 2021, with little response, all of which was giving me the run around. In March 2021, I also tried emailing the person listed to report being discriminated against and bullying, also getting no response. They know that they did it and are hoping that if they ignore me, that I'll give up and they won't be accountable for their behavior. Sandra Bruman, other HR representatives, Larence Garcia, Victoria Lane, Alicia Schramm, Alicia Smith, and Barth Quenzer are guilty of aiding and abetting the bullying behavior.

The amount that I'm asking for above and would like to see accrue in the months up until trial are based on the salary of three people bullying me, for the length of time they have been doing so. Including after I was terminated, as they have not stepped forward and corrected what they did. DPS seems to have the funds to continue paying them for not only the discrimination and harassment, but retaliation, seeming unconcerned about the money. That they would continue to pay them and be willing to impact my livelihood to do so, especially after brushing me off for so long, has caused extreme anxiety and stress.

Heather Abreu-sexual discrimination, harassment/bullying-occured thus far 2 years, 2 month for $122,535.42.

Lacey Nelson-retaliation and, by allowing Heather to continue her behavior, sexual discrimination, harassment/bullying-occured thus far 2 years for $94,573.72.

Briana Evans-retaliation and, by allowing Heather to continue her behavior, sexual discrimination, harassment/bullying-occured thus far 10 months for $75,281.43.

_____ The Defendant(s) ☐ is (are) ☒ is not (are not) in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts: (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)

* Court also preducied me in case 21CV410. I never recieved request for fee, change of address, check @ court to see if anything needed to be done, and regular calls show this should be ruled immed in my favor

5. The Plaintiff(s) ☒ does (do) ☐ does (do) not demand trial by jury (if demand is made, a jury fee must be paid).

☒ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

CRCCP FORM 2 SC   3-18   COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE

**EXHIBIT A**
**Page 4 of 5**

_(signature)_
Signature of Plaintiff(s)

Signature of Attorney for Plaintiff(s) (if applicable)

PO Box 140114, Lakewood, CO 80214
Address(es) of Plaintiff(s)

Telephone Number(s) of Plaintiff(s) 720-232-7287